```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    KEVIN B. FINN
 4  Assistant United States Attorney
    Calif. Bar No. 128072
 5  E-mail    kevin.finn@usdoj.gov
         Federal Building, Suite 7516
 6       300 North Los Angeles Street
         Los Angeles, California 90012
 7       Telephone:  (213) 894-6739
         Fax:            894-7327
 8  Attorneys for Defendant
    United States of America
 9
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANDRA SANDOVAL, | NO. CV 06-3769 WDK (VBKx) |
| Plaintiff, | ~~(Proposed)~~ JUDGMENT |
| v. | |
| ST. JOHN'S REGIONAL MEDICAL CENTER, AFSHAN GHIAI, M.D., UNITED STATES OF AMERICA and DOES 1 to 50, | Honorable William D. Keller |
| Defendants. | |

The trial in this matter commenced on May 6, 2008 and concluded on May 22, 2008. The parties were represented by their respective counsel of record. The Court having heard the evidence presented, considered the exhibits entered into evidence, reviewed the Pre-Trial pleadings and the Trial Briefs of the parties, and having made its findings of fact and conclusions of law on the record, hereby enters Judgment in accordance therewith as follows:

   1.   Judgment is entered in favor of defendant United States of America and against plaintiff;

2.  Judgment is entered in favor of defendant Catholic Healthcare West, Inc, dba St. John's Regional Medical Center and against plaintiff;

3.  Judgment is entered in favor of plaintiff and against defendant Afshan Ghiai, M.D. in the amount of $250,000 for pain, suffering and non-economic damages, in the amount of $10,738.07 to satisfy the Medi-Cal lien, and in the amount of $763.50 for all other economic damages. The total judgment in favor of plaintiff and against defendant Afshan Ghiai, M.D. is $261,501.57; and,

4.  Costs are awarded in favor of the United States and against plaintiff in the amount of $ _____. Costs are awarded in favor of the Catholic Healthcare West, Inc, dba St. John's Regional Medical Center and against plaintiff in the amount of $_____.

Costs are awarded pro rata in favor of plaintiff and against defendant Afshan Ghiai, M.D.

DATED: May 29, 2008

_____
WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


/s/_____
KEVIN B. FINN
Assistant United States Attorney

Attorneys for Defendant
United States of America

2